Michael H. Artan (State Bar No. 97393)
Michael H. Artan, Lawyer, APC
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Tele: 213/407-2985 Fax: 213/402-3231
Email: mha@artanlawapc.com

*Counsel for Plaintiff*
*Christopher Todd Brown*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER TODD BROWN,** | 2:23-cv-05926 DDP (PDx) |
| Plaintiff, | **ORDER VACATING DATES AND DEADLINES** |
| **v.** | |
| **CALIFORNIA HIGHWAY PATROL OFFICER M. SOTO; CALIFORNIA HIGHWAY PATROL OFFICER D. ENGLISH, AND DOES 1 TO 20,** | Courtroom:  9C<br>Judge:  The Honorable Dean D. Pregerson |
| Defendant. | |

The parties having stipulated and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that all pending dates and deadlines ARE VACATED, including the dates for Jury Trial, Pretrial Conference, discovery cutoffs, and motion deadlines.  This case is hereby removed from the active caseload.  Commencing 90 days from the date of this Order, the parties shall file a quarterly status report until such time as a stipulation to dismiss is filed.

**IT IS SO ORDERED.**

Dated: May 23, 2025

_____
UNITED STATES DISTRICT JUDGE

1